# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TracBeam, LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-Mobile US, Inc., and <br> T-Mobile USA, Inc., <br><br> Defendants. | Case No. 6:14-cv-678 <br><br> **LEAD CASE** |
| TRACBEAM, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 6:14-cv-680 |

## NOTICE OF DISCLOSURES

COMES NOW, Plaintiff TracBeam, LLC ("TracBeam") and files this Notice of Disclosures and shows the court as follows:

Pursuant to the March 9, 2015 Order and P.R. 3-1 and P.R. 3-2, TracBeam served its required disclosures on Defendant Apple Inc. via electronic mail and ftp on March 18, 2015.

Dated:  March 19, 2015

Respectfully submitted,

By: */s/ D. Jeffrey Rambin*
John Jeffrey Eichmann
CA State Bar No. 227472
(Admitted to practice in the Eastern District of Texas)

DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069
jeff@dovel.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
**CAPSHAW DERIEUX, LLP**
114 E. Commerce
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com
Email:  jrambin@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT &
AINSWORTH PC**
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
Email: rmparker@pbatyler.com
Email: rcbunt@pbatyler.com
Email: charley@pbatyler.com

ATTORNEYS FOR PLAINTIFF
TRACBEAM, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this March 19, 2015 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ D. Jeffrey Rambin*
D. Jeffrey Rambin