# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> T-MOBILE US, INC. and <br> T-MOBILE USA, INC., <br><br> Defendants and Counter-Claimants, <br><br> ERICSSON INC., and <br> TELECOMMUNICATION SYSTEMS, INC., <br><br> Intervenors. | Case No. 6:14-CV-678-RWS <br> LEAD CASE <br><br> Jury Trial |

## FINAL JUDGMENT

Pursuant to Plaintiff and Counter-Defendant TracBeam, LLC ("TracBeam"); Defendants and Counter-Claimants T-Mobile US, Inc. and T-Mobile USA, Inc. ("T-Mobile"); and Intervenors Ericsson Inc. ("Ericsson") and Telecommunication Systems, Inc.'s ("Telecommunication Systems") Joint Motion to Dismiss and the Court's Order of Dismissal, the Court hereby enters **FINAL JUDGMENT** in the above-captioned case.

Each party shall bear its own costs, expenses and attorney's fees.

The Clerk of Court is directed to close this case.

**SIGNED this 11th day of May, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE